Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Andrea E. Ringer, CA SBN 307315
andrea.ringer@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth
Floor Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
E Mail: lado.legal@eeoc.gov
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COTTI FOODS CORPORATION, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT - TITLE VII**<br>- **EEO-1 REPORTING VIOLATIONS**<br><br>42 U.S.C. §§ 2000e-8(c), *et seq*. |

Eric Yau, HI SBN 10087
Eric.yau@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 800-2345
Facsimile: (808) 541-3390

Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 *et seq.* ("Title VII"), for an order directing Cotti Foods Corporation ("Defendant") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§ 1602.7 – 1602.14, for each calendar year for which Defendant is in violation of its reporting obligations. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that in prior reporting years, including calendar years 2021, 2022 and 2023, and despite written notices and demands from the Commission, Defendant has failed and refused to fully comply with its obligation to file such reports, in violation of said statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Defendant is found, resides, or transacts business within the jurisdiction of the United States District Court for the Central District of California.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder, 29 C.F.R. § 1602.9.

4. At all relevant times, Defendant could be found, resides, or transacts business within the State of California and the City of Rancho Santa Margarita, County of Orange, and has continuously had at least 100 employees.

5.	At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6.	In 2021 Defendant had 100 or more employees.

7.	Defendant was under a duty to file an EEO-1 report for 2021.

8.	The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2021.

9.	Defendant failed and refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2021.

10.	As of the date of this action, Defendant has not filed its required EEO-1 report for 2021.

11.	In 2022 Defendant had 100 or more employees.

12.	Defendant was under a duty to file an EEO-1 report for 2022.

13.	The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2022.

14.	Defendant failed and refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2022.

15.	As of the date of this action, Defendant has not filed its required EEO-1 report for 2022.

16.	In 2023 Defendant had 100 or more employees.

17.	Defendant was under a duty to file an EEO-1 report for 2023.

18.	The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2023.

19.	Defendant failed and refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2023.

20.	As of the date of this action Defendant has not filed its required EEO-1 report for 2023.

21. Defendant's failure and refusal to file said EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14.

## **PRAYER FOR RELIFE**

Wherefore, the Commission respectfully requests that this Court:

A. Order that Defendant, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which it has failed to file requisite reports, including 2021, 2022 and 2023;

B. Order that Defendant file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

C. Grant such further relief as the Court deems necessary and proper in the public interest; and

D. Award the Commission its costs of this action.

Dated:  July 31, 2024                    Respectfully Submitted,

KARLA GILBRIDE,
General Counsel
Washington, DC

CHRISTOPHER LAGE,
Deputy General Counsel
Washington, DC

By: _____
ANNA Y. PARK
Regional Attorney
Los Angeles District Office

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION