Anna Y. Park, CA SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, CA SBN 286260
nakkisa.akhavan@eeoc.gov
Taylor Markey, CA SBN 319557
taylor.markey@eeoc.gov
Andrea E. Ringer, CA SBN 307315
andrea.ringer@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 785-3008
Facsimile:  (213) 894-1301
E Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*[Additional counsel listed on next page.]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COTTI FOODS CORPORATION, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 8:24-cv-01668 DOC-KES<br><br>**PLAINTIFF EEOC'S NOTICE OF ERRATA RE: ECF 10-1; CORRECTED [PROPOSED] CONSENT DECREE** |

Eric Yau, CA SBN 275457
Eric.yau@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 800-2345
Facsimile: (808) 541-3390

Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

Plaintiff Equal Employment Opportunity Commission (the "EEOC") files this Notice of Errata to correct administrative errors in ECF No. 10-1, which is the [Proposed] Consent Decree lodged by the EEOC. The EEOC identified two administrative errors:

(1) Page 3, Lines 16-17 of ECF No. 10-1 incorrectly states "8:24-cv-01668-DFM." Page 3, Lines 16-17 should read "8:24-cv-01668-DOC-KES."

(2) Page 5, Lines 4-5 of ECF No. 10-1 incorrectly states "8:24-cv-01668-DFM." Page 5, Lines 4-5 should read "8:24-cv-01668-DOC-KES."

The EEOC provides this Notice for the Court's records only. The EEOC believes the administrative errors identified do not substantively affect the rights or obligations of the parties under the [Proposed] Consent Decree. However, the EEOC attaches to this Notice of Errata a corrected version of the [Proposed] Consent Decree and, in accordance to L.R. 5-4.4.2, the EEOC will submit a corrected Microsoft Word copy for the judge's signature.

Dated:  September 5, 2024              Respectfully Submitted,

By:    */s/ Eric Yau*
       Eric Yau
       Trial Attorney
       U.S. EQUAL EMPLOYMENT
       OPPORTUNITY COMMISSION